# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT

**10-788**
**consolidated with 10-787**


**KENNETH JAMES MOUTON**

**VERSUS**

**HEBERT'S OF HENDERSON, INC.**


************

APPEAL FROM THE
SIXTEENTH JUDICIAL DISTRICT COURT
PARISH OF ST. MARTIN, NO. 75,273
HONORABLE LORI ANN LANDRY, DISTRICT JUDGE

************

**DAVID E. CHATELAIN**[*]
**JUDGE**

************

Court composed of Jimmie C. Peters, James T. Genovese, and David E. Chatelain, Judges.


**REVERSED AND REMANDED.**



**Andree Matherne Cullens**
**Dawn D. Bonnecaze**
**Taylor, Porter, Brooks & Phillips, L.L.P.**
**Post Office Box 2471**
**Baton Rouge, Louisiana  70801**
**(225) 387-3221**
**Counsel for Defendants/Appellees:**
         **Hebert's Superette, Inc.**
         **Hebert's of Henderson, Inc.**

---

[*]Honorable David E. Chatelain participated in this decision by appointment of the Louisiana Supreme Court as Judge Pro Tempore.

**Bart J. Hebert**
**Reneé Z. Berard**
**Boyer, Hebert & Abels, LLC**
**525 East Bridge Street**
**Breaux Bridge, Louisiana  70517**
**(337) 332-0616**
**Counsel for Plaintiff/Appellant:**
      **Kenneth James Mouton**

**CHATELAIN, Judge.**

For the reasons set forth in the companion case in this consolidated matter, *Kenneth James Mouton v. Hebert's Superette, Inc.*, 10-787 (La.App. 3 Cir. ___/___/10), ____ So.3d ____, we reverse the trial court's judgments dismissing Mouton's claims on peremptory exceptions of immunity and remand to the trial court for consideration of the affirmative defenses asserted through the motions for summary judgment. Costs are assessed to the defendants, Hebert's Superette, Inc. and Hebert's of Henderson, Inc.

**REVERSED AND REMANDED.**